THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP W. FREDERICK, Appellant.*

(Argued October 10, 1894; decided October 30, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 8, 1894, which affirmed a judgment of the Fulton County Court of Sessions affirming a judgment entered upon the decision of a justice of the peace convicting defend-

---

* Reported below, 78 Hun, 36.

ant of the crime of being a disorderly person, under section 899 of the Code of Criminal Procedure, in failing to support his wife.

*Frank L. Anderson* for appellant.

*Horton D. Wright* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.